UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTHOINE DESHAW ODOM,

       Plaintiff,                Case No. 2:16-cv-233

v.

                                Honorable Paul L. Maloney

ROBERT NAPEL et al.,

       Defendants.
_____/

## JUDGMENT

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice.  Plaintiff shall remain liable for payment of the $400.00 civil action filing fee.

Dated: March 20, 2017         /s/ Paul L. Maloney
                                       Paul L. Maloney
                                       United States District Judge